Case:2:14-cv-11024
Judge: Cleland, Robert H.
MJ: Hluchaniuk, Michael J.
Filed: 03-10-2014 At 10:14 AM
CMP KEVIN JOSEPH V. JACOB JOSEPH LEW (DA)

28

DET 065429

**In the United States District Court**
**for the Eastern District of Michigan**

| | | |
|---|---|---|
| Kevin Joseph | } | **Libel of Review** |
| v. | } | - common law counterclaim in admiralty - <br> - notice lis pendens and - <br> - verified statement of right - |
| Jacob Joseph LEW | } | Re: God-given unalienable rights in the original estate - Article III; Constitution |

**Comes now Libellant** Kevin Joseph of the ROBINSON family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Jacob Joseph LEW has been making false claims and this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations and legal names (Kevin J. Robinson, KEVIN JOSEPH ROBINSON, Jacob Joseph LEW, Henry Paulson, John Snow etc.)

> "...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77. *The Constitution of the United States of America*, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship*, U.S. Government Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions, *Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IRS recognizes the protocol:

> "**Place for filing notice; form**. Place for filing. The notice referred to in subsection (a) shall be filed -- with the clerk of the district court. In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

Jacob Joseph LEW, acting as "City METRO officer – US Governor for the International Monetary Fund" *city* of Washington, *District* of Columbia is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611 the **Division of enforcement** for the **Department of revenue** (for example C.R.S. §24-1-117 [Colorado]) under principal State Governor in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ - signed for example by Edwin C. Johnson by John T. Bartlett; *The Public Papers and Addresses of Franklin D. Roosevelt, The Year of Crisis 1933* Random House p. 21.) The *Department of Revenue* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933 currently formed "International Monetary Fund" and "World Bank" etc. - the State, City METRO municipal and police powers under United Nations charter law - protected by the same alleged positive law jural society (international treaty) exemptions home rule (of for example, Article VI and Article XX of the *State of Colorado* Constitution, "**Transfer of government.**")

The district court for the Eastern District of Michigan has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Kevin Joseph fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. The law is paraphrased in the Internal Revenue Codes:

> "Form. The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

**Cause of action**

Agents of the Respondent have laid claim on him bodily with handcuffs and imprisonment. Jacob Joseph LEW's agents have imposed that Kevin Joseph bond his honor and appear for arraignment and other proceedings. This presumption is erroneous and based upon endorsements of private credit from the Federal Reserve that have never been made in good faith. The subjection to Special Drawing Rights (Paper Gold) is one thing but presuming endorsement of fractional lending practiced outside the scope of lawful money is unlawful and such presumption is defeated by law herein, *nunc pro tunc*. See Title 12 U.S.C. §411; Kevin Joseph is and always would have exercised right to handle lawful money had the option ever been presented in good faith. Any contract based in endorsement is naked and void any consideration; therefore it is invalid. The subject presentment utilized for the claim was regular enough but Kevin Joseph wishes to invoke judicial review "any other provision of law" and nullify any justification for any further such theft action - manifest in actual or threatened kidnap. The presentment(s) upon which the theft is based has been refused for cause timely (considering preparation of proper remedy) and the red ink original refusal for cause has been returned to Jacob Joseph LEW in his copy of the counterclaim and summons. All other copies and the original counterclaim filed with the court have black ink (copy) refusals for cause on the presentment(s).

**Verified statement of right**

Kevin Joseph owns all property in his possession and name free and clear.

**Stipulation of acceptable answer**

The issue is simple. Agents of a foreign principal are required to file their complaint in the appropriate district court prior to exercising any claim against a man on the land. This is international and common law. Jacob Joseph LEW must directly address the validity of the (telephone) certificate of search that clearly shows there have been no claims filed against "Kevin Joseph" or any pseudonym through which Kevin Joseph may be engaged in contract. The court clerk James R. Manspeaker (District of Colorado subsequently replaced by Gregory Langham) obfuscated remedy by denying proper certificates so Jacob Joseph LEW and anyone else for that matter can easily research case history against Kevin Joseph or any legal name. Jacob Joseph LEW may call (313) 234-5005 to conduct searches and of course the Article III judge can research cases in chambers. It is however reasonable to say that if the

Jacob Joseph LEW is moving on a valid claim and judgment in the district court then the Jacob Joseph LEW knows what case that is.

The United States is not a party in interest to this action. Any registered attorney responding for Jacob Joseph LEW cannot be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A certified copy is attached and fully incorporated into this counterclaim. (The federal judge assigned this case is competent to adjudicate under Article III due to "inactive" status with the State Supreme Court attorney register.) Addressing the certificate of search is the only response that will be considered an answer to this counterclaim. Failure to answer will be met with default judgment for Kevin Joseph according to the notice on the face of the summons.

**Stipulation of remedy**

The recourse sought is immediate exclusive original cognizance of the United States through the district court. This case is repository for evidence for injunctive relief from any future presentments and theft or kidnap actions from *any* foreign agents or principals. Though the theft/kidnap could be justified by notice and sophistry under the color of law of municipal structure, the proceedings have obviously been under the pretended authority of unconscionable contract and the recourse requested is proper. There is no excuse for the arbitrary and capricious attorney actions - **debt action in assumpsit** - that have confronted good men and women since the Banker's Holiday. Roosevelt implemented a "voluntary compliance" national debt (upon the States by Governor's Convention) but utilized the 1917 *Trading with the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S. 239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11. The war on the Great Depression 1) does not count and 2) would only last the duration of the emergency if it did. Presentments will be treated as described by the following example of clerk instruction:

**Kevin Joseph**
**c/o 1213 Maple Boulevard**
**Monroe, Michigan.**
**[48162]**

United States District Court
for the Eastern District of Michigan
231 W. Lafayette Blvd., Room 564
Detroit, Michigan.
[48226]

Registered mail # RA XXX XXX XXX US

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 03-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____*example*_____________________
Kevin Joseph

Registered mail # RA XXX XXX XXX US

Presenter's name
Address
Anywhere, State.
[presenter's code]

Jacob Joseph LEW and all principals and agents are hereby properly notified. There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to the land and violators will be arrested by the U.S. Marshal according to Rule C of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. Jacob Joseph LEW and all principals and agents are left with their remedy:

> **COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by Jacob Joseph LEW (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for Jacob Joseph LEW or named agent or principal to be taken into custody for the violations of law. Presentments of any kind from Jacob Joseph LEW or any agent acting for the bankruptcy of the United States through the District may be considered hostile threat of seizure.

**Stipulation regarding character and residential address**

The use of a residential address is by right. All 'privileges' associated with postal delivery are compensated, usually prepaid in honestly won U.S. currency. Kevin Joseph is not Pro Se and is not

representing himself. The clerk shall not change the name of this suit on the docket from the name on the filing fee receipt. Kevin Joseph retains the unalienable right to hold the district court clerk to the obligations to perform of file clerk for the United States working in the United States Courthouse. This includes the expectation that if and when this cause reaches default judgment against the Jacob Joseph LEW, the default judgment will be filed in full cognizance of the United States and will appear on the docket as "Default judgment for the plaintiff." Kevin Joseph is authorized by fidelity bond to file default judgment in lieu of district court action. Any such judgment will stand on the truth for validity. Any character assassination will activate Instrumentality Rule and pierce the corporate veil of the United States and all agencies. Usage of residential address is non-assumpsit and changes Kevin Joseph's character not in the least:

> The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400, Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February 26, 1947. *emphasis added*

The highlighted bold sentence in the above quote admonishes against any clerk action that falsely brands Kevin Joseph Pro Se - to imply that Kevin Joseph is representing himself before the district court. Kevin Joseph is responsible asylum state visiting his judiciary under Rule E(8). If an Article I (active attorney) "judge" is assigned this case or the Article III judge chooses to protect the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain silence. The cash filing fee is fully paid in public money and not in private credit (US notes in the form of Federal Reserve notes). The funds were redeemed lawful money according to the US Supreme Court's interpretation of the Congress' definition from **US v Rickman; 638 F.2d 182**

> *In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and are redeemable in lawful money.* And, **US v Ware; 608 F.2d 400**
>
> *United States notes shall be lawful money, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports and interest on the public debt.*

Any presumptions made about the funds for this filing fee are that Kevin Joseph has already exercised entitlement to redeem any Federal Reserve Bank notes tendered as legal tender for all debts public and private. Furthermore any and all funds discussed have been in redemption of Federal Reserve Bank notes, not endorsement thereof:

> "BANKRUPTCY. The state or condition of a bankrupt.

2. Bankrupt laws are an encroachment upon the common law. The first in England was ..." *Bouvier's Law Dictionary* 1856.

All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule.** Kevin Joseph is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body. For some realistic perspective the Credit River Money Decision is attached and fully incorporated into this counterclaim. Jacob Joseph LEW is clearly the debtor and Kevin Joseph is clearly creditor. Kevin Joseph is framing the accusation of fraud by omission in that if Kevin Joseph had known about redeeming lawful money in good faith Kevin Joseph would have been doing so since Kevin Joseph's first paycheck ever!

**No magistrates**

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated:

1) Certificate of search on "Kevin Joseph" from clerk of the district court is exempted due to falsifications by district court clerk James R. Manspeaker on such certificates. Jacob Joseph LEW is provided with information to check for case histories
2) presentments from Jacob Joseph LEW on or around 2/28/2014 refused for cause – two State of Michigan Uniform Law Citations. The red ink original refusal is in the counterclaim served upon Jacob Joseph LEW. The original counterclaim filed in the district court has a copy of each refusal
3) three paychecks with demand for lawful money redemption 1) 2/14/14, 2) 2/28/14 and 3/7/14.
4) (copy) A certified copy of Title 12 U.S.C. §411 published at El Paso County Clerk and Recorder Reception #207015932
5) (copy) certified copy of the *de jure* Thirteenth Amendment to the Constitution published at El Paso County Clerk and Recorder Reception #95110459
6) (copy) certified copy of the Credit River Money Decision published at the El Paso County Clerk and Recorder Reception #203290555
7) if possible a copy of the Withdrawal Slip or Signature Card associated with the US court filing fee has been attached.

Kevin Joseph

c/o 1213 Maple Boulevard
Monroe, Michigan. [48162]

**Addresses**

United States District Court
for the Eastern District of Michigan
231 W. Lafayette Blvd., Room 564
Detroit, Michigan.
[48226]

(313) 234-5005

Kevin Joseph
C/o 1213 Maple Boulevard
Monroe, Michigan.
[48162]

(734) 242-1056

Jacob Joseph LEW
1500 Pennsylvania Avenue NW
City of Washington, District of Columbia.
[20220]

(202) 622-2000

State of Michigan
Uniform Law Citation

Citation No: 14-02-54032
1 of 1
Victim Involved: N
US DOT#
Local Use: 2981-14
Dept. No. 590
The People of: CITY
Detection Device
BAC Test/Results: .16
of: MONROE

THE UNDERSIGNED SAYS THAT ON: Month Day Year 02/28/2014 At Approximately 02:34 PM
Date of Birth: Month Day Year 02/20/1987
ID Type: OL
ID No.
License Type
Operator Y
Chauffeur N
DL Grp/End: N
DLN State: MI
Driver's License Number: R152465441133
SSN
Race Sex: M Height: 6-04 Weight: 250 Hair Eyes: BRO Occupation/Employer
Name (First, Middle, Last): KEVIN JOSEPH ROBINSON
Street: 9469 ARMSTRONG RD
City: NEWPORT State: MI Zip: 48166-9320 Country
License Plate No.: DBL0245 Reg. Year: 14 Reg. State: MI Vehicle Type: STWAGON
Vehicle Description (Year, Make, Model, Color): 2005, MERC, MOUNTAINEER, BRZ
THE PERSON NAMED ABOVE, in violation of LOCAL ORDINANCE
LOCATION (UPON): 14 WINCHESTER ST
AT OR NEAR
WITHIN (City/Village/Twp): CITY of MONROE
COUNTY OF: MONROE
Did the following:
Charge 1 Offense Type: C/I
MCL/PACC/Ordinance No./UTC Section No./Other: 590625A(2)
Description (include any bond amount collected on each charge): PRELIMINARY BREATH TEST REFUSAL IN NON-CMV
Charge 2 Offense Type: MISD
MCL/PACC/Ordinance No./UTC Section No./Other: 590625(1)
Description (include any bond amount collected on each charge): OPERATED WHILE INTOXICATED
Charge 3 Offense Type
MCL/PACC/Ordinance No./UTC Section No./Other
Description (include any bond amount collected on each charge)

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Remarks:

CHECK IF APPROPRIATE
- Vehicle Impounded
- Damage to Property
- Active Military Service

Injury: N
Bond: N
Special Zone
Bond Total Amount $

SEE DATE BELOW. SEE RIGHT SIDE OF CITATION FOR EXPLANATION AND INSTRUCTIONS.
Court Notification:
Appearance/Hearing Date: WITHIN 10 DAYS
In the
1ST DISTRICT COURT
106 E. FIRST STREET
MONROE, MI 48161
Phone: (734) 240-7076

X I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.
Complainant's Signature and receipt if applicable
Month Day Year 02/28/2014
Officer's Name: OFC. OETJENS
Officer's ID No. 20316
Agency ORI: 5859000
Agency Name: CITY OF MONROE POLICE DEPARTMENT
e-UC-01a (rev. 03/05)
AUTHORITY:1949 PA 300 COMPLIANCE:Voluntary

Refused for Cause

## CIVIL INFRACTION - READ CAREFULLY

**WARNING: if you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgement will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission or responsibility and with full payment of applicable civil fines and costs constitute timely appearance.**

**If this is a traffic violation an you fail to answer this citation or a notice to appear, the Secretary of State will suspend your driver license.**
If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.
If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment throught civil post judgment collection procedures.
You are alleged to be responsible for a civil infraction. For each charge listed on the front of this ticket, you must either: 1) admit responsibility; or 2) admit responsibility with explanation, or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person or by representation.
**BY MAIL.** Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, on or before the date specified on the front of this citation.
**IN PERSON OR BY REPRESENTATION.** Sign below. You or your representitive must bring this copy to the court at th eaddress indicated on the front of this citation on or before the date specified on the front of this citation.
**I enter my appearance by mail, waive my right to a hearing, and I admit responsibility with explanation for the civil infraction alleged on the front of this citation.**

- Charge 1 Signature ________ Date ________
- Charge 2 Signature ________ Date ________
- Charge 3 Signature ________ Date ________

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.
**IN PERSON OR BY REPRESENTATION.** Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.
**BY MAIL.** Sign Below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.
**I enter my appearance by mail, waive my right to a hearing, and I admit responsibility with explanation for the civil infraction alleged on the front of this citation.**

- Charge 1 Signature ________ Date ________
- Charge 2 Signature ________ Date ________
- Charge 3 Signature ________ Date ________

**DENY RESPONSIBILITY.** To deny responsibility you must either:
1. Appear in person in court for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney. OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, prepresentation, or in person to request a formal hearing.
If an appearance date is specified on the front of this citation, you must appear on that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

- Charge 1
- Charge 2
- Charge 3

**VIOLATION FOR WHICH THE COURT MAY WAIVE FINE/COSTS:**
Correct the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown on this citation before your appearance or hearing date.

**OFFICER CERTIFICATION** I certify that the violation described on the front of this citation has been corrected.
For Charges
- Charge 1 Signature ________ on front of ticket.
- Charge 2 Signature ________ on front of ticket.
- Charge 3 Signature ________ on front of ticket.

Officer's Signature | Officer's ID No. | Date
Agency Name | Agency ORI

Notify the court and the Secretary of State immediately if you change your address.

PLEASE NOTE: If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

CIVIL INFRACTION COPY

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2002 Automatic Data Processing (PCSUCH)

**JCIM US, LLC**
**5757 N Green Bay Avenue**
**Milwaukee, WI 53209**
**1-855-505-8337 HR Atlas Support**

79-1198/759
**Check Number:** 0040682991
**Check Date:** 03/07/2014

ISSUED BY ADP PAYROLL SERVICES, INC.

This amount: ONE THOUSAND TWENTY NINE DOLLARS AND 90/100 $**1,029.90

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

Void after 180 days

Pay to the order of:
KEVIN ROBINSON
9469 ARMSTRONG RD
NEWPORT MI 48166

Wells Fargo Bank, N.A.
Wisconsin

ADP AUTHORIZED SIGNATURE

⑈0040682991⑈ ⑆075911988⑆9523622711⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

---

KNOW YOUR ENDORSEE - REQUIRE IDENTIFICATION

Redeemed in lawful money
pursuant to 12 USC 411
: Kevin Joseph
ba KEVEN JOSEPH ROBINSON

▼ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▼

TRANSIT ENDORSEMENT

X878491665

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2002 Automatic Data Processing (PCSUCH)

JCIM US, LLC
5757 N Green Bay Avenue
Milwaukee, WI 53209
1-855-505-8337 HR Atlas Support

79-1198/759
Check Number: 0040680380
Check Date: 02/28/2014

ISSUED BY ADP PAYROLL SERVICES, INC.

This amount: SEVEN HUNDRED TWENTY ONE DOLLARS AND 43/100 $**721.43

Pay to the order of:
KEVIN ROBINSON
9469 ARMSTRONG RD
NEWPORT MI 48166

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
Void after 180 days

Wells Fargo Bank, N.A.
Wisconsin

ADP [signature]
ADP AUTHORIZED SIGNATURE

⑈0040680380⑈ ⑆075911988⑆9523622711⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

Demand is made for lawful money per 12 USC 411, 95a(2)
By: Kevin Joseph
d.b.a. KEVIN JOSEPH ROBINSON

▼ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▼

TRANSIT ENDORSEMENT

X874023887

Demand is made for lawful money per 12 USC, 411: 95a(2)
By: Kevin Joseph
dba: KEVIN JOSEPH ROBINSON

5068187833

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2002 Automatic Data Processing (PCSUCH)

JCIM US, LLC
5757 N Green Bay Avenue
Milwaukee, WI 53209
1-855-505-8337 HR Atlas Support

79-1198/759
Check Number: 0040674594
Check Date: 02/14/2014

ISSUED BY ADP PAYROLL SERVICES, INC.

This amount: FIVE HUNDRED EIGHT DOLLARS AND 12/100 $**508.12

Pay to the order of: KEVIN ROBINSON
9469 ARMSTRONG RD
NEWPORT MI 48166

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
Void after 180 days

Wells Fargo Bank, N.A.
Wisconsin

ADP AUTHORIZED SIGNATURE

⑈0040674594⑈ ⑆075911988⑆9523622711⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

ROBERT C. "BOB" BALINK El Paso County, CO
02/05/2007 10:50:49 AM
Doc $0.00 Page
Rec $6.00 1 of 1 207015932



ABOLITION OF HOME OWNERS' LOAN CORPORATION

For dissolution and abolishment of Home Owners' Loan Corporation, referred to in this section, by act June 30, 1953, ch. 170, § 21, 67 Stat. 126, see note set out under section 1463 of this title.

**§ 395. Federal reserve banks as depositaries, custodians and fiscal agents for Commodity Credit Corporation**

The Federal Reserve banks are authorized to act as depositaries, custodians, and fiscal agents for the Commodity Credit Corporation.

(July 16, 1943, ch. 241, § 3, 57 Stat. 566.)

TRANSFER OF FUNCTIONS

Administration of program of Commodity Credit Corporation transferred to Secretary of Agriculture by Reorg. Plan No. 3 of 1946, § 501, eff. July 16, 1946, 11 F.R. 7877, 60 Stat. 1100. See Appendix to Title 5, Government Organization and Employees.

EXCEPTIONS FROM TRANSFER OF FUNCTIONS

Functions of Corporations of Department of Agriculture, boards of directors and officers of such corporations, Advisory Board of Commodity Credit Corporation, and Farm Credit Administration or any agency, officer or entity of, under, or subject to supervision of Administration were excepted from functions of officers, agencies, and employees transferred to Secretary of Agriculture by Reorg. Plan No. 2 of 1953, § 1, eff. June 4, 1953, 18 F.R. 3219, 67 Stat. 633, set out in the Appendix to Title 5, Government Organization and Employees.

## SUBCHAPTER XII—FEDERAL RESERVE NOTES

**§ 411. Issuance to reserve banks; nature of obligation; redemption**

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, § 2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, § 203(a), 49 Stat. 704.)

REFERENCES IN TEXT

Phrase "hereinafter set forth" is from section 16 of the Federal Reserve Act, act Dec. 23, 1913. Reference probably means as set forth in sections 17 et seq. of the Federal Reserve Act. For classification of these sections to the Code, see Tables.

CODIFICATION

Par. 12 of section 16, formerly classified to section 422 of this title, was repealed by act June 26, 1934, ch. 756, § 1, 48 Stat. 1225.

AMENDMENTS

1934—Act Jan. 30, 1934, struck out from last sentence provision permitting redemption in gold.

CHANGE OF NAME

Section 203(a) of act Aug. 23, 1935, changed name of Federal Reserve Board to Board of Governors of the Federal Reserve System.

CROSS REFERENCES

Gold coinage discontinued, see section 5112 of Title 31, Money and Finance.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 348, 420, 421, 467 of this title.

**§ 412. Application for notes; collateral required**

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under the provisions of sections 342 to 347, 347c, 347d, and 372 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of Federal Reserve banks.

(Dec. 23, 1913, ch. 6, § 16 (par.), 38 Stat. 265; Sept. 7, 1916, ch. 461, 39 Stat. 754; June 21, 1917, ch. 32, § 7, 40 Stat. 236; Feb. 27, 1932, ch. 58, § 3, 47 Stat. 57; Feb. 3, 1933, ch. 34, 47 Stat.

095110459 95 OCT 13 PM 1:17 BOOK 6744 PAGE 969

TERRITORY 1861




STATE 1876



DEPARTMENT OF PERSONNEL

DIVISION OF

# STATE ARCHIVES AND PUBLIC RECORDS

*I Hereby Certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

COLORADO TERRITORY LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO deposited therein

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS, PASSED AT THE FIRST SESSION OF THE LEGISLATIVE ASSEMBLY, DENVER, COLORADO TERRITORY, SEPTEMBER 9, 1861.

TITLE PAGE, PAGES 20, 21, 2 [SIC], AND 35.
TOTAL 5 PAGES.



STATE ARCHIVIST OF COLORADO

OCTOBER 4, 1995

DATE

GENERAL LAWS, JOINT RESOLUTIONS, MEMORIALS

AND PRIVATE ACTS,

PASSED AT THE FIRST SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

# TERRITORY OF COLORADO.

BEGUN AND HELD AT

DENVER, COLORADO TER., SEPT. 9th, 1861.

TOGETHER WITH

THE DECLARATION OF INDEPENDENCE,

THE CONSTITUTION OF THE UNITED STATES,

AND THE

ORGANIC ACT OF THE TERRITORY.

PUBLISHED BY AUTHORITY.

DENVER:
THOS. GIBSON, COLORADO REPUBLICAN AND HERALD OFFICE.
1862.

[illegible]RARY
[illegible]COURT
[illegible]AL DISTRICT

LAW LIBRARY
DISTRICT
SECOND JUDICIAL DISTRICT

# AMENDMENTS TO THE CONSTITUTION.

ARTICLE I.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

ARTICLE II.

A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed.

ARTICLE III.

No soldier shall, in time of peace, be quartered in any house without the consent of the owner; nor in time of war, but in a manner to be prescribed by law.

ARTICLE IV.

The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

ARTICLE V.

No person shall be held to answer for a capital or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service, in time of war or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled, in any criminal case, to be a witness against himself; nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just compensation.

ARTICLE VI.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial

AMENDMENTS TO [illegible]

jury of the State and district [illegible] have been committed, which [illegible] previously ascertained by law, [illegible] the nature and cause of the [illegible] fronted with the witnesses [illegible] pulsory process for obtaining [illegible] and to have the assistance of [illegible]

ARTICLE [illegible]

In suits at common law, where [illegible] versy shall exceed twenty dollars [illegible] jury shall be preserved; and no [illegible] shall be otherwise reexamined [illegible] United States, than according to [illegible] mon law.

ARTICLE [illegible]

Excessive bail shall not be [illegible] fines imposed, nor cruel and un[illegible] flicted.

ARTICLE [illegible]

The enumeration in the constitution [illegible] shall not be construed to deny [illegible] tained by the people.

ARTICLE [illegible]

The powers not delegated to [illegible] the constitution, nor prohibited [illegible] are reserved to the States respec[illegible]

ARTICLE [illegible]

The judicial power of the U[illegible] construed to extend to any [illegible] menced or prosecuted against [illegible] by citizens of another State [illegible] of any foreign State.

ARTICLE [illegible]

1. The electors shall meet in [illegible] and vote by ballot for President [illegible] one of whom, at least, shall not [illegible] same State as themselves; they [illegible] ballots the person voted for as [illegible] tinct ballots the person voted [illegible] and they shall make distinct lists [illegible] for President, and of all persons [illegible] President, and of the number of [illegible] lists they shall sign and certify, [illegible]





jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

ARTICLE VII.

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved; and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

ARTICLE VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

ARTICLE IX.

The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

ARTICLE X.

The powers not delegated to the United States by the constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

ARTICLE XI.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign state.

ARTICLE XII.

1. The electors shall meet in their respective States and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State as themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to





the seat of government of the United States, directed to the President of the Senate; the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed; and if no person have such majority, then from the persons having the highest numbers, not exceeding three, on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the States, and a majority of all the States shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March following, then the Vice President shall act as President, as in the case of the death or other constitutional disability of the President.

Of the Vice President.

2. The person having the greatest number of votes as Vice President, shall be Vice President, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of President, shall be eligible to that of Vice President of the United States.

## ARTICLE XIII.

To what cause persons forfeit their citizenship.

If any citizen of the United States shall accept, claim, receive or retain any title of nobility or honor, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

[NOTE.—The 11th article of the amendments to the Constitution was proposed at the second session of the third Congress; the 12th article, at the first session of the eighth Congress; and the 13th article, at the second session of the eleventh Congress.]





been made for the violation of the first section of this act, can establish by good and competent witnesses that spirituous liquors or wine were obtained from him deceitfully, by a soldier who did not wear, at the time of obtaining such spirituous liquors or wine, the uniform or other badge used to distinguish him from a civilian, and that he did not know such person to be a soldier, such person so complained against shall not be liable for the penalties enumerated in this act.

Sec. 4. This act shall take effect and be in force from and after its passage.

Approved, September 25th, 1861.

AN ACT

Adopting the Common Law of England.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

Section 1. That the Common Law of England, so far as the same is applicable and of a general nature, and all acts and statutes of the British Parliament, made in aid of or to supply the defects of the Common Law, prior to the fourth year of James the First, (excepting the second section of the sixth chapter of forty-third Elizabeth, the eighth chapter of thirteenth Elizabeth, and ninth chapter of thirty-seventh Henry Eighth,) and which are of a general nature, and not local to that Kingdom, shall be the rule of decision, and shall be considered as of full force until repealed by legislative authority.

Sec. 2. This act shall be in force from and after its passage.

Approved, October 11th, 1861

AN ACT

To organize the Militia.

*Be it enacted by the Council and House of Representatives of Colorado Territory:*

Section 1. Every able bodied male citizen of Colorado between the ages of eighteen and forty-five years, except those who are by this act exempt therefrom, shall be subject and liable to perform military duty as a soldier, to uphold the constitution and laws of the United States and the Organic Act and laws of this Territory, according to the terms and provisions of this act. And every citizen above forty-five years of age



El Paso County Official Public Records Search Results - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Clerk & Recorder

Recording

lection | Motor Vehicle | Recording | Clerk to BoCC | Home

New Search | Refine Existing Search | Printer Friendly Version | Help

Click on Row for More Detail

Recording Database:

Results per Page 10

Official Public Records Search Results

| Instrument Number | Book | Page | Date Recorded | Document Type | Grantor* | G |
|---|---|---|---|---|---|---|
| 095110459 | 6744 | 969 | 10/13/1995 | CERTIFICATE | COLORADO TERRITORY OF | COLORAD( |

* + indicates additional names

Clerk and Recorder: Detail for a Reception Number - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address http://car2.elpasoco.com/RcdQueryRecepNum.asp Go Google



Clerk & Recorder

Recording

Election | Motor Vehicle | Recording | Clerk to BoCC | Home

Recording Database: 01/

Detail for a Book and Page Number

| Name | PT | Grantor Grantee | Reception Number | Date | Nature of Instr |
|---|---|---|---|---|---|
| COLORADO TERRITORY OF | | GRANTOR | 095110459 | 10-13-1995 | CERTIFICATE |
| COLORADO TERRITORY OF | | GRANTEE | 095110459 | 10-13-1995 | CERTIFICATE |

2 records returned. Reception# = 095110459 Book# = 6744 Page# = 969

New Query



12/18/2003 02:32
$0.00 Page
$20.00 1 of 4

STATE OF MINNESOTA — IN JUSTICE COURT

COUNTY OF SCOTT — TOWNSHIP OF CREDIT RIVER
MARTIN V. MAHONEY, JUSTICE

First National Bank of Montgomery,
Plaintiff,

vs. — JUDGMENT AND DECREE

Jerome Daly,
Defendant.

The above entitled action came on before the Court and a Jury of 12 on December 7,1968 at 10:00 A.M. Plaintiff appeared by its President Lawrence V. Morgan and was represented by its Counsel Theodore R. Mellby. Defendant appeared on his own behalf.

A Jury of Talesmen were called, impanneled and sworn to try the issues in this Case. Lawrence V. Morgan was the only witness called for Plaintiff and Defendant testified as the only witness in his own behalf.

Plaintiff brought this as a Common Law action for the recovery of the possession of Lot 19, Fairview Beach, Scott County,Minn. Plaintiff claimed title to the Real Property in question by foreclosure of a Note and Mortgage Deed dated May 8,1964 which Plaintiff claimed was in default at the time foreclosure proceedings were started.

Defendant appeared and answered that the Plaintiff created the money and credit upon its own books by bookeeping entry as the consideration for the Note and Mortgage of May 8,1964 and alleged failure of consideration for the Mortgage Deed and alleged that the Sheriff's sale passed no title to plaintiff.

The issues tried to the Jury were whether there was a lawful consideration and whether Defendant had waived his rights to complain about the consideration having paid on the Note for almost 3 years.

Mr. Morgan admitted that all of the money or credit which was used as a consideration was created upon their books, that this was standard banking practice exercised by their bank in combination with the Federal Reserve Bank of Minneapolis, another private Bank, further that he knew of no United States Statute or Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that Defendant by using the ledger book created credit and by paying

CERTIFICATION
The Clerk and Recorder for the CITY AND COUNTY OF DENVER State of Colorado does hereby certify this document to be a full, true and correct copy of the original document recorded in my office
Clerk and Recorder
by
Date JAN 02 2004

2003264757
Page 1 of 4

on the Note and Mortgage waived any right to complain about the Consideration and that Defendant was estopped from doing so.

At 12:15 on December 7,1968 the Jury returned a unaminous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me pursuant to the Declaration of Independence, the Northwest Ordinance of 1787, the Constitution of the United States and the Constitution and laws of the State of Minnesota not inconsistent therewith;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff is not entitled to recover the possession of Lot 19, Fairview Beach, Scott County, Minnesota according to the Plat thereof on file in the Register of Deeds office.

2. That because of failure of a lawful consideration the Note and Mortgage dated May 8,1964 are null and void.

3. That the Sheriff's sale of the above described premises held on June 26,1967 is null and void, of no effect.

4. That Plaintiff has no right, title or interest in said premises or lien thereon, as is above described.

5. That any provision in the Minnesota Constitution and any Minnesota Statute limiting the Jurisdiction of this Court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution and is null and void and that this Court has Jurisdiction to render complete Justice in this Cause.

6. That Defendant is awarded costs in the sum of $75.00 and execution is hereby issued therefore.

7. A 10 day stay is granted.

8. The following memorandum and any supplemental memorandum made and filed by this Court in support of this Judgment is hereby made a part hereof by reference.

BY THE COURT

Dated December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

2003264757
Page: 3 of 4
12/22/2003 01:35P
City & County Of Denver R16 R21.00 D0.00

MEMORANDUM

The issues in this case were simple. There was no material dispute on the facts for the Jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis, which are for all practical purposes, because of there interlocking activity and practices, and both being Banking Instutions Incorporated under the Laws of the United States, are in the Law to be treated as one and the same Bank, did create the entire $14,000.00 in money or credit upon its own books by bookeeping entry. That this was the Consideration used to support the Note dated May 8,1964 andthe Mortgage of the same date. The money and credit first came into existance when they created it. Mr. Morgan admitted that no United States Law or Statute existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Anheuser-Busch Brewing Co. v. Emma Mason, 44 Minn. 318, 46 N.W. 558. The Jury found there was no lawful consideration and I agree. Only God can created something of value out of nothing.

Even if Defendant could be charged with waiver or estoppel as a matter of Law this is no defense to the Plaintiff. The Law leaves wrongdoers where it finds them. See sections 50, 51 and 52 of Am Jur 2d "Actions" on page 584 -"no action will lie to recover on a claim based upon, or in any manner depending upon, a fraudulent, illegal, or immoral transaction or contract to which Plaintiff was a party.

Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support any thing or upon which any lawful rights can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdiction with right of trial by Jury guaranteed. This is a Common Law Action. Minnesota cannot limit or impair the power of this Court to render Complete Justice between the parties. Any provisions in the Constitution and laws of Minnesota which attempt to do so are repugnant to the

2003264757
Page 3 of 4
12/27/2003 01:43P
City & County Of Denver R21.00 D0.00

Constitution of the United States and void. No question as to the Jurisdiction of this Court was raised by either party at the trial. Both parties were given complete liberty to submit any and all facts and law to the Jury, at least in so far as they saw fit.

No complaint was made by Plaintiff that Plaintiff did not recieve a fair trial. From the admissions made by Mr. Morgan the path of duty was made direct and clear for the Jury. Their Verdict could not reasonably have been otherwise. Justice was rendered completely and without denial, promptly and without delay, freely and without purchase, conformable to the laws in this Court on December 7,1968.

BY THE COURT

December 9,1968

MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

Note: It has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emmission of Bills of Credit upon the books of these private Corporations, for the purposes of private gain is not warranted by the Constitution of the United States and is unlawful. See Craig v. Mo. 4 Peters Reports 912. This Court can tread only that path which is marked out by duty. M.V.M.

2003264757
Page: 4 of 4
12/22/2003 01:43P
City & County Of Denver

UNITED STATES POSTAL SERVICE®

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to Clerk, U.S. District Court

Address 231 W. Lafayette Boulevard
Detroit, Michigan 48226

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 21770152121 | 2014-03-07 | 481660 | $400.00 | 0002 |

UNITED STATES POSTAL SERVICE®

# POSTAL MONEY ORDER

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 21770152121 | 2014-03-07 | 481660 | $400.00 |

Amount FOUR HUNDRED DOLLARS & 00c ********************

Clerk 0002

Pay to Clerk, U.S. District Court
Address 231 W. Lafayette Blvd
Detroit, Michigan 48226

From Kevin Joseph
Address c/o 1213 Maple Boulevard
Monroe, Michigan [48162]

Memo Filing Libel of Review

©2008 United States Postal Service. All Rights Reserved.

Redeemed lawful money, 12 USC, 411

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000008002⑆ 21770152121⑈

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFF**

Kevin Joseph

(b) ~~County of Residence of First Listed Plaintiff~~ Monroe
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ~~Attorney's (Firm Name, Address, and Telephone Number)~~

Kevin Joseph c/o General Post Office,
210 W Front St, Monroe, Michigan

**DEFENDANTS**

Jacob Joseph LEW, METRO officer – Secretary U.S. TREASURY AND Governor of INTERNATIONAL MONETARY FUND

County of Residence of First Listed Defendant UNKNOWN
(IN U.S. PLAINTIFF CASES ONLY)

Case:2:14-cv-11024
Judge: Cleland, Robert H.
MJ: Hluchaniuk, Michael J.
Filed: 03-10-2014 At 10:14 AM
CMP KEVIN JOSEPH V. JACOB JOSEPH LEW (DA)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CIT[IZENSHIP OF PRINCIPAL PARTIES]** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Denizen of organic state ~~Citizen of Another State~~ | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation UN Charter Law | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding (Counterclaim on false claim) ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Counterclaim upon false claim; Diversity of Citizenship 28 U.S.C. §§1331, 1333

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** Injunctive Relief

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** ~~(See instructions):~~ JUDGE DOCKET NUMBER

DATE 3/10/2014 (Put Today's Date) ~~SIGNATURE OF ATTORNEY OF RECORD~~ Kevin Joseph

Clerk, Make no changes. Kevin Joseph is not Pro Se.

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☒ Two (2) completed **Civil Cover Sheets.**

☐ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

1 (# of Defendants) + 2 = 3 (Total) **Complaints.**

Received by Clerk: DA Addresses are complete: ______

Case:2:14-cv-11024
Judge: Cleland, Robert H.
MJ: Hluchaniuk, Michael J.
Filed: 03-10-2014 At 10:14 AM
CMP KEVIN JOSEPH V. JACOB JOSEPH LE W (DA)

☒ If any of your defendants are **government agencies:**
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☒ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>***Clerk, U.S. District Court***<br><br>Received by Clerk: DA Receipt #: DET065429 | ☐ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br>Received by Clerk: ______ |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| ☒ Two (2) completed summonses for each defendant including each defendant's name and address.<br><br>Received by Clerk: DA | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal form.**<br><br>Received by Clerk: ______ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• **One (1) Notice of a Lawsuit and Request to Waive Service of a Summons form** per defendant.<br>• **Two (2) Waiver of the Service of Summons forms** per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here: